FILED

NOV 18 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>KAULANA ALO-KAONOHI,<br><br>      Defendant - Appellant. | No. 23-373<br><br>D.C. No.<br>1:20-cr-00136-JMS-1<br>District of Hawaii,<br>Honolulu<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>LEVI AKI, Jr.,<br><br>      Defendant - Appellant. | No. 23-416<br>D.C. No.<br>1:20-cr-00136-JMS-2<br>District of Hawaii,<br>Honolulu |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>KAULANA ALO-KAONOHI and LEVI AKI, Jr.,<br><br>      Defendants - Appellees. | No. 23-635<br>D.C. Nos.<br>1:20-cr-00136-JMS-1<br>1:20-cr-00136-JMS-2<br>District of Hawaii,<br>Honolulu |

The motion (Docket Entry No. 70 in 23-416; Docket Entry No. 63 in 23-

635) for voluntary dismissal of Levi Aki's appeal, and the government's cross-appeal to Aki's appeal, is granted. Appeal No. 23-416 is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1. Appeal No. 23-635 will proceed as to Kaulana Alo-Kaonohi only. Appeal No. 23-373 will also proceed.

Briefing is complete.

This order serves as the mandate of the court in appeal No. 23-416 only.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT